```
                          FILED
                          April 14, 2010
                          CLERK, US DISTRICT COURT
                          EASTERN DISTRICT OF
                          CALIFORNIA
                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 02:10-CR-00140-JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| STEFANIE DAWN DELORENZO, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  STEFANIE DAWN DELORENZO , Case No.

 02:10-CR-00140-JAM  , Charge  18 USC § 1708, 18 USC § 513  , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔  (Other)     Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 14, 2010  at  2:00 pm  .

By  /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 2 - Pre-Trial Services