DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEFANIE DELORENZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br>STEFANIE DAWN DELORENZO,            )<br>                                    )<br>          Defendant.                )<br>                                    )<br>_____ ) | No. 2:10-CR-0140 JAM<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  September 14, 2010<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Stefanie Delorenzo, that the status conference scheduled for September 14, 2010, may be continued to October 12, 2010, at 9:30 a.m.

    The parties have identified a number of issues requiring further consideration before the case resolves as to defendant Stefanie Delorenzo. To afford additional time to review discovery and determine whether there are pretrial motions to file, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through the status conference on October 12, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  September 10, 2010              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for STEFANIE DELORENZO



                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  September 10, 2010              /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to October 12, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  September 10, 2010

```
                                        /s/ John A. Mendez
                                        U. S. DISTRICT COURT JUDGE
```