DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
STEFANIE DELORENZO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. 2:10-CR-0140 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| STEFANIE DAWN DELORENZO, | ) |
| | ) Date: October 12, 2010 |
| Defendant. | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Stefanie Delorenzo, that the status conference scheduled for October 12, 2010, may be continued to November 16, 2010, at 9:30 a.m.

   The parties have identified a number of issues requiring further consideration before the case resolves as to defendant Stefanie Delorenzo. To afford additional time to review discovery and determine whether there are pretrial motions to file, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through the status conference on November 16, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  October 7, 2010             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for STEFANIE DELORENZO



                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  October 7, 2010             /s/ T. Zindel for M. Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to November 16, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

```
Dated:  October 7, 2010
                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge
```

Stip. & Order                                    2