1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

6 Attorney for Defendant
STEFANIE DELORENZO
7

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,           )  No. 2:10-CR-0140 JAM
                                       )
14            Plaintiff,               )  **STIPULATION AND ORDER**
                                       )  **CONTINUING STATUS CONFERENCE**
15     v.                              )  **AND EXCLUDING TIME**
                                       )
16 STEFANIE DAWN DELORENZO,             )
                                       )  Date:  November 16, 2010
17            Defendant.               )  Time:  9:30 a.m.
                                       )  Judge: Hon. John A. Mendez
18 _____ )

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant Stefanie Delorenzo, that the status conference
22 scheduled for November 16, 2010, may be continued to December 14, 2010,
23 at 9:30 a.m.
24     The parties have identified a number of issues requiring further
25 consideration before the case resolves as to defendant Stefanie
26 Delorenzo.  To afford additional time to review discovery and determine
27 whether there are pretrial motions to file, the parties agree that time
28 under the Speedy Trial Act should be excluded from the date of this order

1 | through the status conference on December 14, 2010, pursuant to 18 U.S.C.
2 | § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November 12, 2010      /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for STEFANIE DELORENZO


BENJAMIN B. WAGNER
United States Attorney

Dated: November 12, 2010      /s/ T. Zindel for M. Stegman
                              MATTHEW STEGMAN
                              Assistant U.S. Attorney


**O R D E R**

The status conference is continued to December 14, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: November 12, 2010      /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Judge

Stip. & Order                 2