DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
STEFANIE DELORENZO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-0140 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| STEFANIE DAWN DELORENZO, | ) | |
| | ) | Date: December 14, 2010 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Stefanie Delorenzo, that the status conference scheduled for December 14, 2010, may be continued to January 18, 2011, at 9:30 a.m.

   The parties have identified a number of issues requiring further consideration before the case resolves as to defendant Stefanie Delorenzo. To afford additional time to review discovery and determine whether there are pretrial motions to file, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through the status conference on January 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
Federal Defender

Dated: December 9, 2010              /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for STEFANIE DELORENZO

                                        BENJAMIN B. WAGNER
United States Attorney

Dated: December 9, 2010              /s/ T. Zindel for M. Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney

## O R D E R

The status conference is continued to January 18, 2011, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: December 10, 2010

                                        /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge